UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBSON WAREHOUSE COMPANY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRESTIGE BRANDS, INC.,<br><br>Defendant. | Case No. 22-mc-80065-DMR<br><br>**ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 1 |

Plaintiffs Jacobson Warehouse Company, Inc., Jacobson Logistics Company, L.C., and XPO Logistics Supply Chain, Inc. ("Plaintiffs") move to compel compliance with a subpoena issued to non-party Protiviti Inc. by the Southern District of New York in connection with a matter pending in that district, *Jacobson Warehouse Company Inc. v. Prestige Brands, Inc.*, No. 20-cv-4416-CS-AEK. [Docket No. 1.][1]

Plaintiffs' motion to compel is denied without prejudice. Pursuant to the court's standing order,[2] Plaintiffs and Protiviti are ordered to meet and confer in real-time (i.e., in person, via telephone or videoconference) regarding the outstanding production sought by Plaintiffs. Any disputes must be presented in a joint discovery letter not to exceed five pages in accordance with the standing order. The standing order also includes a provision on privilege logs. The joint letter

---

[1] Plaintiffs also filed an administrative motion to seal parts of their motion and certain exhibits, which deals with materials produced by the Defendant in the underlying action, Prestige. [Docket No. 2.] Plaintiffs assert that they will serve the administrative motion on Protiviti and Prestige per Civil Local Rule 79-5(f)(2). *Id.* at 2. The court orders Plaintiffs to file a proof of service indicating such service within seven days. Plaintiffs must also serve the motion to compel and this order on Protiviti and Prestige within seven days and file a proof of service.

[2] Available at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

must stand alone and may not incorporate any other material by reference. The court will set a hearing if appropriate.

**IT IS SO ORDERED.**

Dated: March 10, 2022

_____
Donna M. Ryu
United States Magistrate Judge

2