UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOBSON WAREHOUSE COMPANY, INC.,
JACOBSON LOGISTICS COMPANY, L.C.,
and XPO LOGISTICS SUPPLY CHAIN, INC.,

Plaintiff(s),

v.

PRESTIGE BRANDS, INC.,

Defendant(s).

Case No. 3:22-mc-80065-DMR

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _March 14_, 20_22_

NAME: Melissa A. Barahona

/s/ Melissa A. Barahona

*Signature*

COUNSEL FOR (OR "PRO SE"): JACOBSON WAREHOUSE COMPANY, INC., JACOBSON LOGISTICS COMPANY, L.C., and XPO LOGISTICS SUPPLY CHAIN, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of March 2022, the foregoing was filed electronically via the Court's CM/ECF system and caused the foregoing to be served on counsels for Protiviti, Inc. and Prestige Brands, Inc. via mail and electronic mail at the following addresses:

| | |
|---|---|
| Silvia Ostrower<br>Shawn Regan<br>HUNTON ANDREWS KURTH LLP<br>200 Park Avenue<br>52nd Floor<br>New York, NY 10166<br>(212) 309-1204<br>sostrower@hunton.com<br>sregan@hunton.com<br><br>*Attorneys for Protiviti, Inc.* | Evan Glassman<br>STEPTOE & JOHNSON LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 506-3909<br>eglassman@steptoe.com<br><br><br><br>*Attorneys for Prestige Brands, Inc.* |

/s/ Melissa A. Barahona
Melissa A. Barahona