UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBSON WAREHOUSE COMPANY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRESTIGE BRANDS, INC.,<br><br>Defendant. | Case No. 22-mc-80065-DMR<br><br>**ORDER**<br><br>Re: Dkt. No. 2 |

Plaintiffs filed an administrative motion to consider whether another party's materials should be sealed, which the court ordered to be served on Defendant Prestige Brands, Inc. and Third-Party Protiviti Inc. [Docket Nos. 2, 8.] Plaintiffs certified that they did so on March 8, 2022. [Docket No. 12.] No opposition was filed within seven days as required by Civil Local Rule 79-5(f)(3). If either Prestige or Protiviti wishes for the materials in Plaintiffs' administrative motion to be sealed, they must file a statement and/or declaration pursuant to Civil Local Rule 79-5(c)(1) and (f)(3) by Friday, April 22, 2022. Failure to do so may result in the unsealing of the provisionally sealed materials. Plaintiffs must serve this order on Prestige or Protiviti and file a proof of service.

**IT IS SO ORDERED.**

Dated: April 11, 2022

_____
Donna M. Ryu
United States Magistrate Judge